# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA MATYLEWICZ, | : |
| Plaintiff, | : |
| v. | : 3:19-CV-1169 |
| | : (JUDGE MARIANI) |
| COUNTY OF LACKAWANNA TRANSIT SYSTEM AUTHORITY (COLTS), | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS** _24th_ **DAY OF SEPTEMBER, 2021**, upon *de novo* review of Magistrate Judge Martin C. Carlson's Report and Recommendation ("R&R") (Doc. 37), Defendant's Objections thereto (Docs. 38, 38-1), and all other relevant filings, for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 30) is **ADOPTED** for the reasons stated therein as well as those set forth in this Court's memorandum opinion.[1]

2. Defendant's Objections (Docs. 38, 38-1) are **OVERRULED** for the reasons set forth in the accompanying memorandum opinion.

3. Defendant's Motion for Summary Judgment (Doc. 30) is **DENIED**.

Robert D. Mariani
United States District Judge

---

[1] Although the Court adopts Magistrate Judge Carlson's factual findings and legal reasoning and conclusions, the Court declines to adopt the R&R's suggestion that Defendant's motion for summary judgment be denied without prejudice subject to later renewal.